February 26, 2025

The Honorable Susan E. Schwab
United States Magistrate Judge
Sylvia H. Rambo Courthouse
1501 North 6th Street
Harrisburg, PA 17102
**Via ECF Filing**

**RE:    Anton Guirguis v. Hampden Township,** *et al*
            **Civil No: 1:23-cv-01684**

Dear Judge Schwab,

Pursuant to your November 25, 2024, Order, the parties jointly write to you in order to advise the Court of the status of settlement discussions in the above referenced docket.

Please be advised that the parties have conferred and jointly request that a Settlement Conference be scheduled in this matter at the Court's convenience.

Sincerely,

*/s/ Rebecca A. McCullough*
Frank Lavery, Esq.
PA ID: 42370
Rebecca A. McCullough, Esq.
PA ID: 330848
Lavery Law
225 Market Street, Ste 304
Harrisburg, PA 17101
flavery@laverylaw.com
rmccullough@laverylaw.com
*Counsel for Defendants*

*/s/ Scott Stedjan*
*/s/ Joshua R. Traver*
Scott Stedjan, Esq.
PA ID: 318851
Joshua R. Traver, Esq.
PA ID: 323332
Killian & Gephart LLP
218 Pine Street
Harrisburg, PA 17101
sstedjan@killiangephart.com
jtraver@killiangephart.com
*Counsel for Plaintiff*