UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ANTON GUIRGUIS,               :    CIV. NO. 1:23-cv-01684
                              :
            Plaintiff,        :
                              :
      v.                      :    (Magistrate Judge Schwab)
                              :
HAMPDEN TOWNSHIP, *et al*.,   :
                              :
            Defendants.       :

## ORDER

February 28, 2025

Upon consideration of the parties' joint status letter (*doc.* 30), **IT IS ORDERED** that this case is referred to Chief Magistrate Judge Bloom for purposes of designating a United States Magistrate Judge to conduct a settlement conference at the convenience of the parties and the court.

*S/Susan E. Schwab*
Susan E. Schwab
United States Magistrate Judge