## 4IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANTON GUIRGUIS, | : | Civil No. 1:23-CV-001684 |
| | : | |
| | : | |
| Plaintiff, | : | |
| | : | (Magistrate Judge Schwab) |
| v. | : | |
| | : | (Chief Mag. Judge. Bloom) |
| | : | |
| HAMPDEN TOWNSHIP, ET AL. | : | |
| | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 13th day of March 2025, **IT IS HEREBY ORDERED THAT** a settlement conference shall be conducted in the undersigned's chambers on **May 19, 2025, at 1:00 p.m.**, in the Sylvia H. Rambo U.S. Courthouse in Harrisburg, PA, 9th Floor. All counsel and named parties shall participate in the conference in-person, with the exception of the defendant's claims representative. By **May 12, 2025**, the parties shall submit to the undersigned a brief, concise, and confidential settlement memorandum setting forth the parties' assessment of the case and

settlement        recommendations        via        email        at:
Magistrate_Judge_Bloom@pamd.uscourts.gov

In addition, by <u>May 8, 2025,</u> the parties shall begin the settlement process by exchanging a demand by the plaintiff, and a counter-offer by the defendants. The parties' confidential memoranda should update the Court on the status of these settlement discussions.


<u>*s/ Daryl F. Bloom*</u>
Daryl F. Bloom
Chief United States Magistrate Judge