IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANTON GUIRGUIS, | : No. 1:23-cv-01684 |
| Plaintiff, | : |
| | : (Magistrate Judge Schwab) |
| v. | : |
| | : (Chief Mag. Judge Bloom) |
| HAMPDEN TOWNSHIP, | : |
| OFFICER JOHANNES NOTZ, and | : |
| OFFICER BRADLEY CORLISS, | : |
| Defendants | : JURY TRIAL DEMANDED |

## MOTION TO EXTEND REMAINING THIRD AMENDED CASE MANAGEMENT ORDER DEADLINES

Defendants, by and through their undersigned counsel, Lavery Law, hereby file this Motion to Extend the Remaining Third Case Management Order Deadlines and state as follows:

1. On January 2, 2025, this Court issued a Third Amended Case Management Order (Doc. 28) setting forth the following deadlines:

| | |
|---|---|
| Expert Reports By Defendants | **May 7, 2025** |
| Dispositive Motions & Supporting Briefs | **April 16, 2025** |
| Supplemental Expert Reports | **June 5, 2025** |
| Close of Expert Discovery | **July 3, 2023** |
| Pretrial and Trial Deadlines | **To Be Determined** |

2. A Settlement Conference with Chief Magistrate Judge Bloom is scheduled for May 19, 2025. (Doc. 32).

3. In the interest of judicial economy, Defendants request the remainder of the deadlines be extended pending the results of the Settlement Conference.

4. If this case does not settle, the parties will require additional time to complete expert discovery, dispositive motions and supporting briefs.

5. Accordingly, the parties respectfully request that the remaining deadlines set forth in the Third Amended Case Management Case Management Order are extended as follows, beginning with dispositive motions and supporting briefs being due thirty (30) days from the date of the Settlement Conference if the Settlement Conference is not successful:

| | |
|---|---|
| Expert Reports By Defendants | **July 9, 2025** |
| Dispositive Motions & Supporting Briefs | **June 18, 2025** |
| Supplemental Expert Reports | **August 7, 2025** |
| Close of Expert Discovery | **September 4, 2025** |
| Pretrial and Trial Deadlines | **To Be Determined** |

6. The requested extension is not long and will not prejudice either party.

7. All parties concur in this motion.

WHEREFORE, Defendants respectfully request that this Court grant their Motion to Extend the Remaining Third Case Management Order Deadlines and enter the accompanying proposed order.

Respectfully submitted,

Lavery Law

By: */s/ Rebecca A. McCullough*
Rebecca A. McCullough, Esq.
Atty No. PA330848
Frank J. Lavery, Jr., Esquire
Atty No. PA42370

2

225 Market Street, Suite 304  
Harrisburg, PA 17108-1245  
(717) 233-6633 (telephone)  
(717) 233-7003 (facsimile)  
flavery@laverylaw.com  
rmccullough@laverylaw.com  
*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I, Aimee L. Paukovits, an employee with the law firm of Lavery Law, do hereby certify that on this 14th day of April, 2025, I served a true and correct copy of the foregoing Motion via the Court's ECF System to all counsel of record.

*S/Aimee L. Paukovits*
Aimee L. Paukovits,
Senior Legal Assistant
