UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANTON GUIRGUIS, | : | CIV. NO. 1:23-cv-01684 |
| Plaintiff, | : | |
| v. | : | (Magistrate Judge Schwab) |
| HAMPDEN TOWNSHIP, *et al.*, | : | |
| Defendants. | : | |

## ORDER
May 21, 2025

Upon notice to the court that the parties have settled this action, **IT IS ORDERED** that this action is dismissed without costs and without prejudice to the right of either party, upon good cause shown, to reinstate the action within 60 days if the settlement is not consummated.

*S/Susan E. Schwab*
Susan E. Schwab
United States Magistrate Judge